| | |
|---|---|
| 1 | Jonathan Ricasa (SBN 223550) |
| 2 | jricasa@ricasalaw.com<br>LAW OFFICE OF JONATHAN RICASA |
| 3 | 2341 Westwood Boulevard, Suite 7<br>Los Angeles, California 90064 |
| 4 | Telephone:  (424) 248-0510<br>Facsimile:  (424) 204-0652 |
| 5 | Briana M. Kim (SBN 255966) |
| 6 | briana@brianakim.com<br>LAW OFFICE OF BRIANA KIM |
| 7 | 249 East Ocean Boulevard, Suite 814<br>Long Beach, California 90802 |
| 8 | Telephone: (714) 482-6301<br>Facsimile: (714) 482-6302 |
| 9 | Attorneys for Plaintiff, Armando Beristain-Vargas |
| 10 | Christine D. Baran, Bar No. 158603 |
| 11 | cbaran@laborlawyers.com<br>James R. Dye, Bar No. 239194 |
| 12 | jdye@laborlawyers.com<br>Shaun J. Voigt, Bar No. 265721 |
| 13 | svoigt@laborlawyers.com<br>FISHER & PHILLIPS LLP |
| 14 | 2050 Main Street, Suite 1000<br>Irvine, California 92614 |
| 15 | Telephone (949) 851-2424<br>Facsimile  (949) 851-0152 |
| 16 | Attorneys for Defendants Tight Quarters, Inc. and Telford T. Cottam |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | Armando Beristain-Vargas, individually, and on behalf of all other similarly situated, | Case No. CV13-05600 SJO (JCGx) |
| 22 | | [~~PROPOSED~~] ORDER REGARDING STIPULATED PROTECTIVE ORDER |
| 23 | Plaintiff, | |
| 24 | v. | Hon. S. James Otero |
| 25 | Tight Quarters, Inc., Telford T. Cottam, and Doe One through and including Doe One Hundred, | Complaint filed: July 3, 2013<br>Date removed:    August 2, 2013<br>Trial date:          None |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

1

**Error! Unknown document property name.** [PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER

1 **[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER**

2   WHEREAS, on February 17, 2014, Plaintiff Armando Beristain-Vargas and
3 Defendants Tight Quarters, Inc. and Telford T. Cottam filed a joint Stipulated Protective
4 Order, Document #36 ("Protective Order"), in the above entitled action.
5   FOR GOOD CAUSE SHOWN, the Protective Order, in its entirety, is hereby
6 ordered into full force and effect.
7   IT IS FURTHER ORDERED THAT _____
8 _____
9 _____
10
11 **IT IS SO ORDERED:**
12
13 Dated: February 24, 2014
14             JAY C. GANDHI
15             U.S. MAGISTRATE JUDGE

# PROOF OF SERVICE
(CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On **February 19, 2014,** I served the foregoing document entitled **[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER**, on all the appearing and/or interested parties in this action by placing *the original a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

**SEE ATTACHED MAILING LIST**

**[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

**[by ELECTRONIC SUBMISSION]** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

**[by PERSONAL SERVICE]** I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with ASAP Corporate Services, Inc., whose business address is 17817 Gillette Avenue, Irvine, California 92614.

**FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 19, 2014** at Irvine California.

SHERRY L. HARPER       By: _____
  Print Name                        Signature

MAILING LIST
*Armando Beristain-Vargas v. Tight Quarters, Inc.*
USDC Case No. CV13-05600 SJO (JCGx)

| | |
|---|---|
| Jonathan Ricasa<br>Law Offices of Jonathan Ricasa<br>2341 Westwood Blvd., Suite 7<br>Los Angeles, CA 90064<br>Tel (424) 248-0510<br>Fax (424) 204-0652<br>jricasa@riccasalaw.com | Attorneys for Armondo Beristain-Vargas |
| Briana M. Kim<br>Law Offices of Briana Kim<br>249 East Ocean Boulevard, Suite 814<br>Long Beach, CA 90802<br>Tel (714) 482-6301<br>Fax (714) 482-6302<br>briana@brianakim.com | Attorneys for Armondo Beristain-Vargas |