1  Jonathan Ricasa (SBN 223550)
   jricasa@ricasalaw.com
2  LAW OFFICE OF JONATHAN RICASA
   2341 Westwood Boulevard, Suite 7
3  Los Angeles, California 90064
   Telephone: (424) 248-0510
4  Facsimile: (424) 204-0652

5  Attorney for Plaintiff
   Armando Beristain-Vargas
6

7  Christine D. Baran, Bar No. 158603
   cbaran@laborlawyers.com
8  James R. Dye, Bar No. 239194
   jdye@laborlawyers.com
9  Shaun J. Voigt, Bar No. 265721
   svoigt@laborlawyers.com
10 FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
11 Irvine, California 92614
   Telephone (949) 851-2424
12 Facsimile (949) 851-0152

13 Attorneys for Defendants Tight Quarters, Inc.
   and Telford T. Cottam
14

15             UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17

18 | Armando Beristain-Vargas, | Case No. CV13-05600 SJO (JCGx) |
   | individually and on behalf of all others similarly situated, | **[ORDER** |
   | Plaintiff, | Hon. S. James Otero<br>Courtroom 1 |
   | v. | Complaint filed: July 3, 2013<br>Complaint removed: August 2, 2013<br>Pre-Trial Conf. Date: November 24, 2014<br>Trial date: December 2, 2014 |
   | Tight Quarters, Inc., Telford T. Cottam, and Doe One through and including Doe One Hundred, | |
   | Defendants. | |

1

[PROPOSED] ORDER

1  Briana M. Kim (SBN 255966)
   briana@brianakim.com
2  LAW OFFICE OF BRIANA KIM
   249 East Ocean Boulevard, Suite 814
3  Long Beach, California 90802
   Telephone: (714) 482-6301
4  Facsimile: (714) 482-6302

5  Co-Counsel for Plaintiff
   Armando Beristain-Vargas

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The Court having received notice of an intent to settle the claims in the above
2  referenced case, it is hereby ordered that all pending deadlines be removed from the
3  Court's calendar and docket, and it is further ordered that the parties shall submit a
4  motion for preliminary approval of the class settlement, along with supporting papers, no
5  later than June 13, 2014.

6  **SO ORDERED,** this 5TH day of May, 2014.

*/s/ S. James Otero*

Hon. S. James Otero
United States District Judge