Jonathan Ricasa (SBN 223550)
jricasa@ricasalaw.com
LAW OFFICE OF JONATHAN RICASA
2341 Westwood Boulevard, Suite 7
Los Angeles, California 90064
Telephone:  (424) 248-0510
Facsimile:  (424) 204-0652

Attorney for Plaintiff
Armando Beristain-Vargas

Briana M. Kim (SBN 255966)
briana@brianakim.com
LAW OFFICE OF BRIANA KIM
249 East Ocean Boulevard, Suite 814
Long Beach, California 90802
Telephone:  (714) 482-6301
Facsimile:  (714) 482-6302

Co-Counsel for Plaintiff
Armando Beristain-Vargas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Armando Beristain-Vargas, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Tight Quarters, Inc., Telford T. Cottam, and Doe One through and including Doe One Hundred,<br><br>　　　　　　　Defendants. | Case No. CV13-05600 SJO (JCGx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. S. James Otero<br>Courtroom 1<br><br>Date:　July 21, 2014<br>Time:　10:00 a.m.<br>Place:　312 North Spring Street<br>　　　　Los Angeles, California 90012<br><br>Complaint filed: July 3, 2013<br>Complaint removed: August 2, 2013<br>Trial date: None |

1
NOTICE OF MOT. & MOT. FOR PRELIM. APPROVAL OF CLASS ACTION SETTLEMENT

1  TO EACH PARTY AND TO EACH PARTY'S ATTORNEY OF RECORD:

2  NOTICE IS HEREBY GIVEN that, on July 21, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 1 of the above-entitled Court located at 312 North Spring Street, Los Angeles, California 90012, Plaintiff will move for an order granting conditional certification of the Settlement Class and preliminary approval of the settlement.

The Motion will be made and based upon this Notice of Motion and Motion for Preliminary Approval of Class Action Settlement; the accompanying Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Class Action Settlement; the accompanying Declaration of Jonathan Ricasa in Support of Motion for Preliminary Approval of Class Action Settlement; the accompanying Declaration of Briana M. Kim in Support of Motion for Preliminary Approval of Class Action Settlement; and all of the pleadings, papers, and documents contained in the file of the within action.

Dated:  June 13, 2014                         LAW OFFICE OF JONATHAN RICASA

/s/ - Jonathan Ricasa
Jonathan Ricasa
Attorney for Plaintiff
Armando Beristain-Vargas