1  Jonathan Ricasa (SBN 223550)
   jricasa@ricasalaw.com
2  LAW OFFICE OF JONATHAN RICASA
   2341 Westwood Boulevard, Suite 7
3  Los Angeles, California 90064
   Telephone:  (424) 248-0510
4  Facsimile:  (424) 204-0652

5  Attorney for Plaintiff
   Armando Beristain-Vargas
6

7  Christine D. Baran (SBN 158603)
   cbaran@laborlawyers.com
8  James R. Dye (SBN 239194)
   jdye@laborlawyers.com
9  Shaun J. Voigt (SBN 265721)
   svoigt@laborlawyers.com
10 FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
11 Irvine, California 92614
   Telephone:  (949) 851-2424
12 Facsimile:  (949) 851-0152

13 Attorneys for Defendants Tight Quarters, Inc.
   and Telford T. Cottam
14

15              UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17

18 Armando Beristain-Vargas,            )  Case No. CV13-05600 SJO (JCGx)
   individually and on behalf of all    )
19 others similarly situated,           )  **ORDER GRANTING**
                                        )  **PRELIMINARY APPROVAL OF**
20              Plaintiff,              )  **CLASS ACTION SETTLEMENT**
                                        )
21        v.                            )  Hon. S. James Otero
                                        )  Courtroom 1
22 Tight Quarters, Inc., Telford T.     )
   Cottam, and Doe One through and      )  Date:   August 4, 2014
23 including Doe One Hundred,           )  Time:   10:00 a.m.
                                        )  Place:  312 North Spring Street
24              Defendants.            )          Los Angeles, California 90012
                                        )
25                                      )  Complaint filed: July 3, 2013
                                        )  Complaint removed: August 2, 2013
26                                      )  Trial date: None
                                        )
27                                      )
                                        )
28 ─────────────────────────────────────)

                                  1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Briana M. Kim (SBN 255966)
briana@brianakim.com
BRIANA KIM, PC
249 East Ocean Boulevard, Suite 814
Long Beach, California 90802
Telephone: (714) 482-6301
Facsimile: (714) 482-6302

Co-Counsel for Plaintiff
Armando Beristain-Vargas

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

# ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

The Motion for Preliminary Approval of a Settlement came before this Court, on August 4, 2014.  The Court, having considered the proposed Settlement Agreement attached hereto as **Exhibit 1**, the Amended Stipulation of Settlement attached hereto as **Exhibit 2**, the Class Notice in English attached hereto as **Exhibit 3**, the Exclusion form in English attached hereto as **Exhibit 4**; having considered the Motion for Preliminary Approval of Class Action Settlement filed by Plaintiff; having considered the respective points and authorities and declarations submitted by the parties in support thereof; and good cause appearing, HEREBY ORDERS THE FOLLOWING:

The Court grants preliminary approval of the settlement as set forth in the Settlement Agreement and finds the terms to be within the range of reasonableness of a settlement that ultimately could be granted approval by the Court at the final Fairness Hearing.  For purposes of the settlement, the Court finds that the proposed settlement class is ascertainable and that there is a sufficiently well-defined community of interest among the Class in questions of law and fact.  Therefore, for settlement purposes only, the Court grants conditional certification of the following "Settlement Class" defined as follows: all persons who are or were employed by Tight Quarters, Inc. and its related entities, as non-exempt laborers, nonexempt forepersons and non-exempt operators in the State of California at any time during the period July 3, 2009 to the date of preliminary approval.

1.      For purposes of the settlement, the Court further designates named Plaintiff Armando Beristain-Vargas as Class Representative, Jonathan Ricasa of Law Office of Jonathan Ricasa as Class Counsel, and Briana M. Kim of Briana Kim, PC as Class Counsel.

2.      The Court confirms Phoenix Settlement Administrators as the Settlement Administrator.

3.      A final Fairness Hearing on the question of whether the proposed settlement should be finally approved as fair, reasonable and adequate as to the members of the Settlement Class shall be scheduled in Courtroom 1 of this Court, located at 312 North Spring Street, Los Angeles, California 90012, no later than 105 days from the date that this Order is entered.

4.      At the final Fairness Hearing, the Court will consider: (a) whether the settlement should be approved as fair, reasonable, and adequate for the class; (b) whether a judgment granting approval of the settlement should be entered; and (c) whether Plaintiff's application for an award of attorneys' fees, reimbursement of litigation expenses, and class representative enhancement should be granted.

5.      Counsel for the parties shall file memoranda, declarations, or other statements and materials in support of their request for final approval.

6.      Class Counsel shall file a motion for an award of attorneys' fees, reimbursement of litigation expenses and class representative enhancement.

7.      The Court approves, as to form and content, the Class Notice which is attached hereto as Exhibit 3.

8.      The Court approves, as to form and content, the Exclusion Form which is attached hereto as Exhibit 4.

9.      The Class Notice and Exclusion Form shall be translated into Spanish, and the Class Notice and Exclusion Form both in English and Spanish shall be mailed.

10.     Court files and notice of final judgment shall be posted on the Settlement Administrator's website.

11.     The Notice Date shall commence in accordance with the schedule set forth in the Settlement Agreement.

12.     The class notice shall provide at least 60 calendar days from the Notice Date for a proposed member of the Class to opt out of settlement or object to the settlement.

13.     The Court directs the mailing of the Class Notice by first class mail to the members of the Settlement Class on the Notice Date.

14. The Court finds that the forms of notice to the Settlement Class regarding the pendency of the action and of this settlement, and the methods of giving notice to members of the Settlement Class, constitute the best notice practicable under the circumstances and constitute valid, due, and sufficient notice to all members of the Settlement Class.

15. The Court further approves the procedures for Class Members to participate in, opt out of, or object to the Settlement, as set forth in the Settlement Agreement and Class Notice.

16. To validly object to the Settlement Agreement, an objecting settlement class member must provide the basis for any objection.

17. The procedures and requirements for filing objections in connection with the Fairness Hearing are intended to ensure the efficient administration of justice and the orderly presentation of any Class Member's objection to the Settlement Agreement, in accordance with the due process rights of all Class Members.

18. Any unclaimed funds in the Settlement Administrator's account as a result of the failure to timely cash Settlement Share checks shall be distributed on a pro rata basis to the claimants who are otherwise eligible to receive a distribution pursuant to this Order.

19. Pending the Fairness Hearing, all proceedings in this action, other than proceedings necessary to carry out or enforce the terms and conditions of the Settlement Agreement and this Order, are stayed.

20. Counsel for the parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the settlement which are not materially inconsistent with either this Order or the terms of the Settlement Agreement.

21. To facilitate administration of the Settlement pending final approval, the Court hereby enjoins all Class Members from filing or prosecuting any claims, suits or administrative proceedings regarding claims released by the Settlement unless and until such Class Members have filed valid Requests for Exclusion with the Settlement

Administrator and the time for filing claims with the Settlement Administrator has elapsed.

22.     All other dates shall be as established by the Settlement Agreement.

22.     The Fairness Hearing and related prior deadlines set forth above may, from time to time and without further notice to the Settlement Class (except those who have filed timely and valid objections), be continued or adjourned by Order of the Court.

**IT IS ORDERED.**

                    **August 21, 2014**

Dated: _____ _____                    _____
                                                 Hon. S. James Otero
                                                 United States District Judge

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT