Jonathan Ricasa (SBN 223550)
jricasa@ricasalaw.com
LAW OFFICE OF JONATHAN RICASA
2341 Westwood Boulevard, Suite 7
Los Angeles, California 90064
Telephone: (424) 248-0510
Facsimile: (424) 204-0652

Attorney for Plaintiff
Armando Beristain-Vargas

Briana M. Kim (SBN 255966)
briana@brianakim.com
BRIANA KIM, PC
249 East Ocean Boulevard, Suite 814
Long Beach, California 90802
Telephone: (714) 482-6301
Facsimile: (714) 482-6302

Co-Counsel for Plaintiff
Armando Beristain-Vargas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Armando Beristain-Vargas, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Tight Quarters, Inc., Telford T. Cottam, and Doe One through and including Doe One Hundred,<br><br>　　　　　Defendants. | Case No. CV13-05600 SJO (JCGx)<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, CLASS REPRESENTATIVE INCENTIVE PAYMENT, AND SETTLEMENT ADMINISTRATION COSTS**<br><br>Hon. S. James Otero<br>Courtroom 1<br><br>Date:　January 5, 2015<br>Time:　10:00 am<br>Place:　312 North Spring Street<br>　　　　Los Angeles, California 90012<br><br>Complaint filed: July 3, 2013<br>Complaint removed: August 2, 2013<br>Trial date: None |

1

NOTICE OF MOT. AND MOT. FOR ATTORNEYS' FEES, COSTS, CLASS REPRESENTATIVE INCENTIVE

TO EACH PARTY AND TO EACH PARTY'S ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that, on January 5, 2015, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 1 of the above-entitled Court located at 312 North Spring Street, Los Angeles, California 90012, Plaintiff Armando Beristain-Vargas will move this Court, and hereby does move, for an Order granting an award of attorneys' fees, costs, a class representative incentive payment, and settlement administration costs. Good cause exists for the granting of the motion in that the class action settlement is fair, reasonable, and adequate.

The Motion will be made and based upon this Notice of Motion and the accompanying Memorandum of Points and Authorities; the Declaration of Jonathan Ricasa in Support of Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, Class Representative Incentive Payment, and Settlement Administration Expenses; the Declaration of Michael E. Moore Regarding Notice and Settlement Administration; the Declaration of Armando Beristain-Vargas in Support of Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, Class Representative Incentive Payment, and Settlement Administration Expenses; the Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement; and all of the pleadings, papers, and documents contained in the file of the within action.

Dated: December 5, 2014          LAW OFFICE OF JONATHAN RICASA


                                 /s/ - Jonathan Ricasa
                                 Jonathan Ricasa
                                 Attorney for Plaintiff Armando Beristain-Vargas