JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN - 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

1   Jonathan Ricasa (SBN 223550)
    jricasa@ricasalaw.com
2   LAW OFFICE OF JONATHAN RICASA
    2341 Westwood Boulevard, Suite 7
3   Los Angeles, California 90064
    Telephone: (424) 248-0510
4   Facsimile: (424) 204-0652

5   Attorney for Plaintiff
    Armando Beristain-Vargas
6

7   Briana M. Kim (SBN 255966)
    briana@brianakim.com
8   BRIANA KIM, PC
    249 East Ocean Boulevard, Suite 814
    Long Beach, California 90802
9   Telephone: (714) 482-6301
    Facsimile: (714) 482-6302
10

11  Co-Counsel for Plaintiff
    Armando Beristain-Vargas

12

13                  UNITED STATES DISTRICT COURT

14                 CENTRAL DISTRICT OF CALIFORNIA

15

16  Armando Beristain-Vargas,            )  Case No. CV13-05600 SJO (JCGx)
    individually and on behalf of all    )
    others similarly situated,           )  [PROPOSED] ORDER AND
17                                        )  JUDGMENT GRANTING FINAL
                                          )  APPROVAL OF CLASS ACTION
                     Plaintiff,           )  SETTLEMENT
18                                        )
                                          )  Hon. S. James Otero
19       v.                               )  Courtroom 1
                                          )
20  Tight Quarters, Inc., Telford T.      )  Date:   January 5, 2015
    Cottam, and Doe One through and       )  Time:   10:00 am
21  including Doe One Hundred,            )  Place:  312 North Spring Street
                                          )          Los Angeles, California 90012
22                   Defendants.          )
                                          )  Complaint filed: July 3, 2013
23                                        )  Complaint removed: August 2, 2013
                                          )  Trial date: None
24                                        )
                                          )
25  _____  )

26

27

28

                                        1

1    The Motion Application for an Order Granting Final Approval of Class Action

2    Settlement came before this Court, on January 5, 2015.  The above captioned Action is a

3    class action lawsuit brought by Plaintiff Armando Beristain-Vargas (hereinafter

4    "Plaintiff") against Defendant Tight Quarters, Inc. and Defendant Telford T. Cottam

5    ("Defendants") (collectively the "Parties").  Plaintiff alleges that, *inter alia*, Defendants

6    violated the California Labor Code, California Industrial Welfare Commission Wage

7    Orders, California Unfair Competition Law, and Fair Labor Standards Act ("FLSA") by

8    failing to pay minimum wages, failing to pay overtime wages, failing to provide rest

9    periods, failing to provide wage premiums for missed rest periods, and failing to timely

10   pay all final wages.   Defendants deny any and all alleged wrongdoing, and deny any

11   liability to the Plaintiff or to members of the putative class.

12       On August 21, 2014, this Court entered an Order Granting Motion for Preliminary

13   Approval of Class Action Settlement, resulting in certification of the following

14   provisional Settlement Class:

15            *All persons who are or were employed by Tight Quarters, Inc. and its*

16            *related entities, as non-exempt laborers, nonexempt forepersons and non-*

17            *exempt operators in the State of California at any time during the period*

18            *July 3, 2009 to August 21, 2014.*

19       That Order further directed the Parties to provide Notice to the Class, which

20   informed absent class members of: (a) the proposed Settlement, and the Settlement's key

21   terms; (b) the date, time and location of the Final Approval Hearing; (c) the right of any

22   Class Member to object to the proposed Settlement, and an explanation of the procedures

23   to exercise that right; (d) the right of any Class Member to exclude themselves from the

24   proposed Settlement, and an explanation of the procedures to exercise that right; and (e)

25   an explanation of the procedures for Class Members to participate in the proposed

26   settlement.

27       The Court, upon Notice having been given as required in the Preliminary Approval

28   Order, and having considered the proposed Settlement Agreement, attached hereto as

[PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1  Exhibit 1, and the Amended Stipulation of Settlement, attached hereto as Exhibit 2, as

2  well as all papers filed, hereby ORDERS, ADJUDGES AND DECREES AS FOLLOWS:

3      1.      This Court has jurisdiction over the subject matter of the Action and over all

4  Parties to the Action, including all members of the Settlement Class.

5      2.      The Court finds that the Settlement Class is properly certified as a class for

6  settlement purposes only.

7      3.      The Notice provided to the Settlement Class constitutes the best notice

8  practicable under the circumstances, by providing individual notice to all Class Members

9  who could be identified through reasonable effort, and by providing due and adequate

10 notice of the proceedings and of the matters set forth therein to the other Class Members.

11 The notice fully satisfied the requirements of due process.

12     4.      The Court finds the settlement was entered into in good faith, that the

13 settlement is fair, reasonable and adequate, and that the settlement satisfies the standards

14 and applicable requirements for final approval of this class action settlement.

15     5.      Zero Class Members have objected to the terms of the Settlement.

16     6.      Zero Class Members have requested exclusion from the Settlement.

17     7.      Upon entry of this Order, compensation to the participating members of the

18 Settlement Class shall be effected pursuant to the terms of the Settlement Agreement.

19     8.      In addition to any recovery that Plaintiff may receive under the Settlement,

20 and in recognition of the Plaintiff's efforts on behalf of the Settlement Class, the Court

21 hereby approves the payment of an incentive award to the Plaintiff, in the amount of

22 $5,000.00.

23     9.      The Court approves the payment of attorneys' fees to Class Counsel in the

24 sum of $~~66,666.66~~ 60,000.00 The apportionment of attorneys' fees is as follows: $~~33,333.33~~ 30,000 to

25 Law Office of Jonathan Ricasa and $~~33,333.33 to~~ 30,000 Briana Kim, PC.

26     10.     The Court approves the reimbursement of litigation expenses in the sum of

27 $5,908.40.  The apportionment of litigation expenses is as follows: $1,054.29 to Law

28 Office of Jonathan Ricasa and $4,854.11 to Briana Kim, PC.

[PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

11. The Court approves a payment of $1,000.00 to California's Labor & Workforce Development Agency.

12. The Court approves and orders payment in the amount of $8,750.00 to Phoenix Settlement Administrators for performance of its settlement administration services.

13. Any unclaimed funds in the Settlement Administrator's account as a result of the failure to timely cash Settlement Share checks shall be distributed on a pro rata basis to the claimants who are otherwise eligible to receive a distribution pursuant to this Order.

14. Notice of this Judgment shall be given to the Class by posting this Judgment on the Settlement Administrator's website.

15. Upon the Effective Date, the Plaintiff and all members of the Settlement Class shall have, by operation of this Order and the accompanying Judgment, fully, finally and forever released, relinquished, and discharged Defendants from all claims as defined by the terms of the Settlement. Upon the Effective Date, all members of the Settlement Class shall be and are hereby permanently barred and enjoined from the institution or prosecution of any and all of the claims released under the terms of the Settlement.

16. Plaintiff and only those Class Members who cash their settlement award checks, shall have, by operation of this Order and the accompanying Judgment, fully, finally and forever released, relinquished, and discharged Defendants from all claims under the FLSA as defined by the terms of the Settlement.

17. Upon completion of administration of the Settlement, the parties shall file a declaration stating forth that claims have been paid and that the terms of the settlement have been completed.

18. This "Judgment" is intended to be a final disposition of the above captioned action in its entirety, and is intended to be immediately appealable.

[PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

19.   This Court shall retain jurisdiction with respect to all matters related to the administration and consummation of the settlement, and any and all claims, asserted in, arising out of, or related to the subject matter of the lawsuit, including but not limited to all matters related to the settlement and the determination of all controversies relating thereto.

**IT IS SO ORDERED.**

Dated: __1/5/15__

_____
Hon. S. James Otero
United States District Judge

[PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT